IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 22-03049-01-CR-S-BP |
| ) | |
| JIMMY SHANE SHOEMAKE, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the sole count of the Indictment filed April 26, 2022 is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                */s/ Beth Phillips*
                                                **BETH PHILLIPS**
                                                **UNITED STATES DISTRICT JUDGE**

Date: July 12, 2022